# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| JOHNNY WHITE, IV, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:23-CV-314 RLW ) ) |
| MERAJ PETROLEUMS, LLC, | ) ) |
| Defendant. | ) ) |

## ORDER OF DISMISSAL

In accordance with the parties' Stipulation for Dismissal, (ECF No. 14),

**IT IS HEREBY ORDERED** that the Clerk of Court shall make an entry in the docket record reflecting the dismissal of this matter with prejudice. Fed. R. Civ. P. 41(a)(1)(A)(ii).

Each party shall bear their own costs.

*Ronnie L. White*
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**

Dated this  11th  day of October, 2023.